Approved: _____
RUSHMI BHASKARAN
Assistant United States Attorney

Before:  THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -

JUSTIN ALEXANDER COLBERT,
   a/k/a "Nicholas Ryan Hanshaw,"

               Defendant.

- - - - - - - - - - - - - - - - - - x

19MAG 5552

19 Mag.

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss:

      ERIC KUSHI, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service ("USMS"), and charges as follows:

      On or about March 20, 2019, the United States District Court for the District of Nebraska issued a warrant for the arrest of "Justin Alexander Colbert", a/k/a "Nicholas Ryan Hanshaw," in connection with an Indictment charging him with violations of Title 18, United States Code, Section 1001(a)(3)(use of false documents). The case number in the District of Nebraska is 19 Cr. 3041. Copies of the Arrest Warrant and the Indictment are attached hereto as Exhibit A and incorporated by reference herein.

      I believe that JUSTIN ALEXANDER COLBERT, the defendant, who was arrested by the USMS in the Southern District of New York, is the same individual as "Justin Alexander Colbert", a/k/a "Nicholas Ryan Hanshaw," who is wanted in the District of Nebraska.

The bases of my knowledge and for the foregoing charge are, in part, as follows:

1. I am a Deputy United States Marshal with the United States Marshals Service. I have been directly involved in determining whether JUSTIN ALEXANDER COLBERT, the defendant, is the same individual as the "Justin Alexander Colbert", a/k/a "Nicholas Ryan Hanshaw," named in the March 20, 2019, arrest warrant from the United States District Court for the District of Nebraska. Because this Affidavit is submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my involvement in this investigation, I have learned that:

   a. On or about March 20, 2019, the United States District Court for the District of Nebraska issued a warrant for the arrest of "Justin Alexander Colbert", a/k/a "Nicholas Ryan Hanshaw."

   b. The warrant was issued in connection with an Indictment assigned criminal case number 19 Cr. 3041. That Indictment charged "Justin Alexander Colbert", a/k/a "Nicholas Ryan Hanshaw" with use of false documents, in violation of Title 18, United States Code, Section 1001(a)(3).

3. Based on my personal involvement in this investigation, I am aware that at approximately 11:30 a.m. on June 11, 2019, JUSTIN ALEXANDER COLBERT, the defendant, was arrested in the Southern District of New York by the USMS pursuant to the warrant issued by the United States District Court for the District of Nebraska.

4. Prior to the arrest, I received cellphone location data for a cellular phone believed to be used by the "Justin Alexander Colbert," a/k/a "Nicholas Ryan Hanshaw," wanted in the District of Nebraska. That location data corresponded to an address of a known associate of the "Justin Alexander Colbert," a/k/a "Nicholas Ryan Hanshaw" wanted in the District of Nebraska. I obtained consent to enter the apartment, and upon his arrest, JUSTIN ALEXANDER COLBERT, the defendant, stated that his name was "Justin Colbert."

WHEREFORE, deponent respectfully requests that JUSTIN ALEXANDER COLBERT, the defendant, be imprisoned or bailed as the case may be.

_____
ERIC KUSHI
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
11th day of June, 2019.

_____
THE HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

3

# EXHIBIT A

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 MAR 19 PM 4:4.

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19CR 3041 |
| vs. | INDICTMENT |
| JUSTIN ALEXANDER COLBERT, also known as, NICHOLAS RYAN HANSHAW, | 18 U.S.C. § 1001(a)(3) |
| Defendants. | |

The Grand Jury charges:

## COUNT I

1. On or about October 7, 2015, in the District of Nebraska, the defendant, JUSTIN ALEXANDER COLBERT, aka, NICHOLAS RYAN HANSHAW, did knowingly and willfully make and use a false writing and document, knowing the same to contain a materially false, fictitious and fraudulent statement in a matter within the jurisdiction of the Social Security Administration, in that the defendant, JUSTIN ALEXANDER COLBERT, signed and presented a Form SSA-821 to the Social Security Administration which contained the materially false representation, to wit, JUSTIN ALEXANDER COLBERT, had not received any employment income or wages during the time period covered by the SSA-821, when in truth and fact, JUSTIN ALEXANDER COLBERT, had worked and received wages and employment income during the covered time period.

In violation of Title 18, United States Code, Section 1001(a)(3).

## COUNT II

2. On or about October 7, 2015, in the District of Nebraska, the defendant, JUSTIN ALEXANDER COLBERT, aka, NICHOLAS RYAN HANSHAW, did knowingly and willfully make and use a false writing and document, knowing the same to contain a materially false, fictitious and fraudulent statement in a matter within the jurisdiction of the Social Security Administration, in that the defendant, JUSTIN ALEXANDER COLBERT, signed in the name NICHOLAS RYAN HANSHAW and presented a Form SSA-821 to the Social Security Administration which contained the materially false representation, to wit, that NICHOLAS RYAN HANSHAW had not received any employment income or wages during the time period covered by the SSA-821, when in truth and fact, NICHOLAS RYAN HANSHAW, had worked and received wages and employment income during the covered time period.

In violation of Title 18, United States Code, Section 1001(a)(3).

A TRUE BILL.


FOREPERSON


The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____
FREDERICK D. FRANKLIN, #18313
Assistant U.S. Attorney

2

AO 442 (Rev 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>JUSTIN ALEXANDER COLBERT, also known as,<br>NICHOLAS RYAN HANSHAW,<br><br>*Defendant* | )<br>)  Case No.  4:19CR3041<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  JUSTIN ALEXANDER COLBERT, also known as, NICHOLAS RYAN HANSHAW,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

False document, in violation of Title 18, United States Code, Section 1001(a)(3)


Date: 3/20/19

*Issuing officer's signature*

City and state:  Omaha, Nebraska

Denise M. Lucks, Clerk of the Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____<br><br>*Arresting officer's signature*<br><br>*Printed name and title* |